# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ROBERT D. SCHWARTZ,

    Plaintiff,

v.                                                          Case No. 3:09-cv-125/LAC

L-3 COMMUNICATIONS CORPORATION,

    Defendant.

_____/

## ORDER OF DISMISSAL

The Mediator has informed the Court that this case has been settled. Therefore, this case is **DISMISSED** from the active docket of the Court. In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by any party within sixty (60) days of the date of this order, to amend or vacate and set aside this order of dismissal and reinstate this case.

**ORDERED** on this 22nd day of December, 2009.

                                                                   s/ *L.A. Collier*
                                                                  Lacey A. Collier
                                                    Senior United States District Judge